IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SANTOS RENE RAMOS RAMOS,<br>a/k/a "Alex Martinez-Chilel,"<br><br>Defendant. | Case No. 1:21-MJ-376 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Mark Tlumacki, being duly sworn, state the following:

1. I am a deportation officer with United States Immigration and Customs Enforcement ("ICE") in Fairfax County, Virginia. I have been employed with ICE for over ten years. During this time, I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Titles 8 and 18 of the United States Code. My duties as a deportation officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Titles 8 and 18 of the United States Code and seeking, when applicable, prosecution and removal of violators.

2. This affidavit is submitted in support of a criminal complaint and arrest warrant for SANTOS RENE RAMOS RAMOS, also known as "Alex Martinez-Chilel," an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States while an order of exclusion, deportation, or removal was outstanding, in violation of Title 8, United States Code, Section 1326(a).

1

3. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

**SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE**

4. On or about October 11, 2021, the Loudoun County Sheriff's Office ("LCSO") arrested RAMOS RAMOS in Loudoun County Virginia, within the Eastern District of Virginia, for misdemeanor assault and battery on a family member, in violation of Va. Code Section 18.2-57.2.

5. RAMOS RAMOS was fingerprinted following his arrest and an electronic version of his fingerprints was processed through ICE indices containing fingerprint records of known and previously deported aliens. Results of this query showed positive matches to RAMOS RAMOS, his Federal Bureau of Investigation/Universal Control Number ("FBI/UCN"), and his Alien Registration Number.

6. ICE performed records checks which confirmed that RAMOS RAMOS is a Guatemalan national. He was granted voluntary return on or about October 19, 2009, and returned to Mexico on or about October 20, 2009. Additionally, he was removed from the United States twice: on or about October 29, 2019, at or near Brownsville, Texas, and on or about January 30, 2020, at or near Alexandria, Louisiana.

7. RAMOS RAMOS's alien file includes an ICE Form I-296 (Notice to Alien Order Removed/Departure Verification) executed on or about October 29, 2019, at or near Brownsville, Texas, and an ICE Form I-205 (Warrant of Removal/Deportation), executed on or about January

30, 2020, at or near Alexandria, Louisiana. These forms contain RAMOS RAMOS's photographs, fingerprints, and signatures.

8. RAMOS RAMOS's fingerprints from the Form I-296 and Form I-205 were submitted to the FBI Special Processing Center for comparison. The FBI confirmed that the fingerprints from RAMOS RAMOS's Form I-296 and Form I-205 were an identical and positive match to fingerprints associated with: (1) RAMOS RAMOS's FBI/UCN; (2) the LCSO arrest; and (3) the electronic fingerprints on file in FBI holdings from previous administrative and law enforcement encounters. In addition, using my knowledge, training, and experience, I compared the booking photograph taken after RAMOS RAMOS's LCSO arrest with a photograph from RAMOS RAMOS's Form I-296 and Form I-205, and found that they appear to contain images of the same individual.

9. RAMOS RAMOS's alien file lacks evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States. Further, RAMOS RAMOS has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removals.

**CONCLUSION**

10.　Based on the foregoing, I submit that there is probable cause to believe that on or about October 11, 2021, in Loudoun County, Virginia, within the Eastern District of Virginia, SANTOS RENE RAMOS RAMOS, an alien who was removed from the United States on or about October 29, 2019, at or near Brownsville, Texas, and on or about January 30, 2020, at or near Alexandria, Louisiana, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, §1326(a).

Respectfully submitted,

*Mark Tlumacki*

Mark Tlumacki
Deportation Officer
U.S. Immigration and Customs Enforcement

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on November 15, 2021.

　Digitally signed by Ivan D. Davis
　　　　　　　　　Date: 2021.11.15 12:13:43 -05'00'

The Honorable Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia